FILED

13 JAN 25 PM 3:07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY scm  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MASIEH JANAN (1),<br><br>　　　　Defendant. | Case No. 11cr4963-WQH<br><br>AMENDED ORDER OF<br>CRIMINAL FORFEITURE |

On August 30, 2012, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MASIEH JANAN (1) in the property listed in the Forfeiture Allegations of the Indictment, namely, One 2007 BMW 750Li, CA License No. 6JFR023, VIN WBAHN83557DT71584 ("subject vehicle").

For thirty (30) consecutive days ending on October 5, 2012, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

//

//

| | | |
|---|---|---|
| | On September 10, 2012, Notice of Order of Forfeiture was sent by certified mail as follows: | |
| Name and Address | Article No. | Result |
| Leslie Ruelas (2)<br>c/o James J. Warner<br>Attorney at Law<br>3233 Third Avenue<br>San Diego CA 92103 | 7010 2780 0000 2237 9817 | Signed for as received on 9/11/12. |
| Josiah Jaime Martinez (3)<br>c/o Benjamin P. Lechman<br>Attorney at Law<br>964 Fifth Avenue, Suite 214<br>San Diego CA 92101 | 7010 2780 0000 2237 9824 | Not delivered by USPS. Attorney Lechman was contacted several times with no response to date; his client appears to have no interest in contesting the forfeiture. |
| Erik Alexander Rios (4)<br>c/o Lisa Kay Baughman, Esq.<br>Baughman & Associates<br>707 Broadway, Suite 1150<br>San Diego CA 92101 | 7010 2780 0000 2237 9831 | Signed for as received on 9/11/12. |
| Benjamin Joseph Bielasz (5)<br>c/o William Lewis Wolfe<br>Attorney at Law<br>950 Vista Village Drive<br>Vista CA 92084 | 7010 2780 0000 2237 9848 | Signed for as received on 9/11/12. |
| Luis Antonio Chiroque<br>1337 Indian Creek Place<br>Chula Vista CA 91915-2260 | 7010 2780 0000 2237 9855 | Returned by USPS marked "Unclaimed" on 10/20/12; see paragraph 5 below. |
| Edith Chiroque<br>1337 Indian Creek Place<br>Chula Vista CA 91915-2260 | 7010 2780 0000 2237 9862 | Returned by USPS marked "Unclaimed" on 10/20/12; see paragraph 5 below. |
| C T Corporation System<br>Agent for Service of Process for<br>JP Morgan Chase Bank, N.A.<br>2390 East Camelback Road<br>Phoenix AZ 85016 | 7010 2780 0000 2237 9879 | Signed for as received on 9/12/12. |

JP Morgan Chase Bank has submitted paperwork satisfying the United States as to its valid interest in the subject vehicle. The bank's claim to the vehicle is based upon a contract with the owner and Certificate of Title from the State of California. The United States has recognized the validity and priority of the interest of JP Morgan Chase Bank in the subject vehicle.

//

//

|   |   |
|---|---|
| 1 | After direct notice was sent to Luis and Edith Chiroque and returned by the U.S. Postal |
| 2 | Service, it was learned that the Chiroques were represented by Attorney Maxine I. Dobro.  She |
| 3 | advised that her clients had an interest in the subject vehicle, and it was mutually decided to request |
| 4 | the Court's authorization to return the vehicle to Luis Chiroque, who is the registered owner, |
| 5 | through his attorney, Maxine I. Dobro. |
| 6 | Thirty (30) days have passed following the final date of notice by publication and notice |
| 7 | by certified mail, and no third party except Luis Chiroque, Edith Chiroque and JP Morgan Chase |
| 8 | Bank has made a claim to or declared any interest in the forfeited property described above. |
| 9 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result |
| 10 | of the failure of any third party to come forward or file a petition for relief from forfeiture as |
| 11 | provided by law, all right, title and interest of MASIEH JANAN (1) and any and all third parties |
| 12 | except Luis Chiroque, Edith Chiroque and JP Morgan Chase Bank in the following property are |
| 13 | hereby condemned, forfeited and vested in the United States of America: |

>    One 2007 BMW 750Li, CA License No. 6JFR023,
>    VIN WBAHN83557DT71584 (subject vehicle);

IT IS FURTHER ORDERED that the United States shall return the subject vehicle to its registered owner Luis Chiroque, through his attorney, Maxine I. Dobro;

IT IS FURTHER ORDERED that the Court recognizes the valid interest of lienholder JP Morgan Chase Bank;

IT IS FURTHER ORDERED that Luis Chiroque or his attorney must retrieve the subject vehicle from the U.S. Marshals Service within seven days of the date of this Order, or the subject vehicle will be returned instead to lienholder JP Morgan Chase Bank;

IT IS FURTHER ORDERED that any and all interest of the following persons and entities are specifically terminated as to the above-referenced property:

>    Leslie Ruelas (2)
>    Josiah Jaime Martinez (3)
>    Erik Alexander Rios (4)
>    Benjamin Joseph Bielasz (5); and

//

1  IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service,
2  the Drug Enforcement Administration and any other governmental agencies which were incident
3  to the seizure, custody and storage of the subject vehicle shall be borne by the United States.

DATED: 1/24/13

WILLIAM Q. HAYES, Judge
United States District Court